UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Natalie Williams

_____
Write the full name of each plaintiff.

City of New York

-against-

Mayor Eric L. Adam's
Mayor Bill De Balsio
Governor Kathy Hochul
Deputy Mary Bedford Clarke

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Civil Rights._
_Constitutional Rights._

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Natalie Williams_, is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
            (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| First Name | Middle Initial | Last Name | |
|---|---|---|---|

Street Address

| County, City | State | Zip Code |
|---|---|---|

| Telephone Number | Email Address (if available) |
|---|---|

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Mayor Eric L Adams
First Name    Last Name

Mayor of New York City
Current Job Title (or other identifying information)

Cityhall 253 Broadway
Current Work Address (or other address where defendant may be served)

New York        NY        100
County, City    State    Zip Code

Defendant 2: Mayor Bill DE Blasio
First Name    Last Name

Unknowls
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City    State    Zip Code

Defendant 3: Governer Kathy Hochul
First Name    Last Name

Governer State of New York
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City    State    Zip Code

Defendant 4:

_____  _____
First Name              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____  _____  _____
County, City          State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Mayor's Eric L Adam's Administration they have acknowledge that I was sexual assulted on mulitple times before in the shelter system

The Office tohd me that because of fraud and Corruption the city of New York place me to live in a mental institution with individuals that have all kinds diagnosis and mental disability.

The Mayor office tohd me that I know too much the city is going to come after me, And I need to leave the City asap making me afriad for my life and safety The Mayor Office has me arrested before

Page 5

In the Shelter system, Constantly attacked harassment bullied threatened Sexual Assulted jump name Calling pschotic Bitch Crazy Bitch retareded Bitch sick bitch Dumb bitch bipolor bitch psychotic bitch hoe Fuck hoe. Stupid bitch, mental bitch Sick bitch. Why don't you just take your life and don't commit suicide just kill youself and get it over with no one will missed you no one Love you no one care cracked headed bitch

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Fan feld down knoked me unconscious on the floor. Director striping me of my clothes No under No bra No Clothes No food No water No food. Blood running down my legs Constall being jump beaten male staff member all days pressuring escerrive long term suffering me for sex Post Traumatic stress depression

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$200,000,000 Two hundred Millions A Brand new Condo in the city. The city stop harassing me

Constantly being threaten to years have mulitiple indivinds in the Sheters systems and the building apartment to Cut my throat to put a knife in my throat and neck, to beat me to death until my blood runs like water to have Crip & blood gang member killed me with their Guns to shoot me in my with a Gun, spit on mulitiple times in my face.
Traumatizing me making live in fear of my and safety
therathiening to mar up my entire face for life
Wanting to kill me
Stalking me telling & leake NYCHA for good.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: _____

Plaintiff's Signature: Williams

First Name: Natalie    Middle Initial: E    Last Name: Williams

Street Address: 148 West 124 Street Apt 3B

County, City: New York    State: NY    Zip Code: 10027

Telephone Number: 929-600-1843

Email Address (if available): nataliewilliams52@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.