UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIE E. WILLIAMS,

                 Plaintiff,

      -against-                             24-CV-4283 (LTS)

CITY OF NEW YORK, ET AL.,                ORDER

                 Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. Because Plaintiff submitted the complaint without a signature, by order dated June 10, 2024, the Court directed Plaintiff to submit a signed copy of the signature page of the complaint within 30 days. (ECF 4.) Plaintiff has not submitted a signed signature page. It has come to the Court's attention, however, that its June 10, 2024 order was not mailed to Plaintiff.

The Court therefore directs the Clerk of Court to mail a copy of the Court's June 10, 2024 order (ECF 4), along with a copy of this order, to Plaintiff at her address of record. The Court grants Plaintiff a 30-day extension of time to comply with its previous order. Plaintiff is directed to submit the signature page of the complaint with an original signature to the court within 30 days of the date of this order. A copy of the signature page is attached to this order.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

2

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 18, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Natalie E
First Name: Natalie   Middle Initial: E   Last Name: Williams
Plaintiff's Signature: Williams

Street Address: 148 West 124 Street Apt 3B
County, City: New York   State: NY   Zip Code: 10027
Telephone Number: 929-600-1843
Email Address: nataliewilliams52@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7