UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIE E. WILLIAMS,

                Plaintiff,

        -against-

CITY OF NEW YORK, ET AL.,

                Defendants.

24-CV-4283 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated June 10, 2024, the Court directed Plaintiff, within 30 days, to submit a signed copy of the signature page of the complaint. (ECF 4.) That order specified that failure to comply would result in dismissal of the complaint. It came to the Court's attention, however, that its June 10, 2024 order was not mailed to Plaintiff. Therefore, by order dated September 18, 2024, the Court directed the Clerk of Court to mail its previous order to Plaintiff at her address of record and granted her a 30-day extension to submit a signed signature page. (ECF 5.) Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:    November 14, 2024
          New York, New York

                                        /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                  Chief United States District Judge