UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIE E. WILLIAMS,

                    Plaintiff,

          -against-

CITY OF NEW YORK, ET AL.,

                    Defendants.

24-cv-4283(LTS)

CIVIL JUDGMENT

For the reasons stated in the November 14, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    November 15, 2024
          New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge